UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    ASHLEY JONES                     HONORABLE SCOTT W. DALES
                                                 CASE NO. 20-01899-SWD
                                                 CHAPTER 13

            DEBTOR.
_____/
LYNN A. OSBORNE (P66545)
Attorney for Debtor
401 W. Ionia Street
Lansing, MI 48933
(517) 708-2992
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF HYUNDAI LEASE TITLING TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

    The Creditor, in support of its Motion for Relief from the Automatic Stay, relies on 11 U.S.C. §§ 361-363 and LBR 9013 and 4001-1 (W.D.M.).

                                                                O'REILLY RANCILIO P.C.

                                                                 */s/ Craig S. Schoenherr, Sr.*
                                                                 _____
                                                                 CRAIG S. SCHOENHERR, SR. (P32245)
                                                                 Attorney for Creditor
                                                                 12900 Hall Road, Suite 350
                                                                 Sterling Heights, MI  48313-1151
                                                                 (586) 726-1000
                                                                 ecf@orlaw.com

DATED:  November 23, 2020