UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    ASHLEY JONES                    HONORABLE SCOTT W. DALES
                                   CASE NO. 20-01899-SWD
                                   CHAPTER 13

    DEBTOR.
_____/
LYNN A. OSBORNE (P66545)
Attorney for Debtor
401 W. Ionia Street
Lansing, MI 48933
(517) 708-2992
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**CERTIFICATE OF SERVICE**

      CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 23rd day of November, 2020, a copy of the Motion for Relief from the Automatic Stay, Brief in Support, Notice and Opportunity for Hearing and this Proof of Service was served upon:

| | |
|---|---|
| Lynn A. Osborne | Barbara P. Foley |
| Attorney at Law | Trustee |
| 401 W. Ionia Street | P.O. Box 51109 |
| Lansing, MI 48933 | Kalamazoo, MI 49005-1109 |

electronically pursuant to the court notice of service, and upon:

| | |
|---|---|
| Ashley Jones | Office of the U.S. Trustee |
| 1226 N. Fairview Ave. | The Ledyard Bldg, 2nd Floor |
| Lansing, MI 48912 | 125 Ottawa NW, Suite 202R |
| | Grand Rapids, MI 49503 |

by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

          O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com